UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANELA LEON ESPINOZA, MAYRA MENDEZ, LORGIA BOLAINEZ DIAZ, YURY VASQUEZ PEREZ, AMMY VARGAS BAQUEDANO, MARIELA RAMOS, <br><br> Petitioners, <br><br> v. <br><br> POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRIST NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, acting in their official capacities; MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator, <br><br> Respondents. | Case No.: 1:25-cv-01101-JLT-EGC (HC) <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME <br><br> [Doc. 29] <br><br> [DEADLINE: JULY 6, 2026] |

Petitioners are former immigration detainees who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 5, 2026, the Court issued an order granting the petition and terminating the case. (ECF No. 26.) On April 28, 2026, the parties filed a stipulated request to extend time to file a motion for attorneys' fees and costs under EAJA. (ECF No. 29.)

1

Good cause having been presented, and good cause appearing therefor, the request is GRANTED. The deadline for filing a motion for attorney's fees and costs under EAJA is extended to July 6, 2026.

IT IS SO ORDERED.

Dated:   **May 5, 2026**

UNITED STATES MAGISTRATE JUDGE