LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Victoria Petty (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street # 400
San Francisco, CA 94105
Telephone: (415) 543-9444 ext. 226

*Counsel for Petitioners*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marianela LEON ESPINOZA; Mayra MENDEZ; Lorgia BOLAINEZ DIAZ; Yury VASQUEZ PEREZ; Ammy VARGAS BAQUEDANO; Mariela RAMOS,<br><br>        Petitioners-Plaintiffs,<br><br>    v.<br><br>Polly KAISER, Acting Field Office Director of  the San Francisco Immigration and Customs  Enforcement Office; Todd LYONS, Acting Director of United States Immigration and Customs Enforcement; Kristi NOEM, Secretary of the United States Department of Homeland Security; Pamela BONDI, Attorney General of the United States, acting in their official capacities; Minga WOFFORD, Mesa Verde ICE Processing Center Facility Administrator,<br><br>        Respondents-<br>        Defendants. | Case No. 1:25-cv-01101-JLT-EGC<br><br><br>**ORDER RE STIPULATION FOR EXTENTION OF DEADLINE TO FILE A MOTION FOR ATTORNEY'S FEES**<br><br>(Doc. 31) |

The parties to this habeas corpus action, by and through their undersigned counsel, hereby state as follows:

WHEREAS, the Court granted the habeas petition in this case on February 5, 2026;

1

WHEREAS, Respondents' time to appeal the final judgment expired on April 6, 2026;

WHEREAS, Petitioner's motion for attorneys' fees under the Equal Access to Justice Act (EAJA) is currently due May 6, 2026.  *See* 28 U.S.C. § 2412(d)(1)(B);

WHEREAS, the shutdown of the Department of Homeland Security continues through the date of this filing;

WHEREAS, to provide time for the parties to attempt to settle fees and costs, the parties stipulate to an extension of time of 60 days, to July 6, 2026, of the deadline for any motion for attorneys' fees and costs under EAJA, should that become necessary.

Dated: July 2, 2026

By:        */s/ Victoria Petty*
Victoria Petty

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Victoria Petty (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street # 400
San Francisco, CA 94105
Telephone: (415) 543-9444 ext. 226

*Counsel for Petitioners*

Dated: July 2, 2026

By:        */s/ Jessica Delaney  (authorized on April 28, 2026)*
Jessica Delaney
Assistant United States Attorney

*Counsel for Respondents*

**ORDER**

Pursuant to the parties' stipulation, (Doc. 31), and for good cause shown, the Court hereby ORDERS *nunc pro tunc* that Petitioner may timely file a motion for attorneys' fees under the Equal Access to Justice Act (EAJA) on or before July 6, 2026.

IT IS SO ORDERED.

Dated:  __**July 2, 2026**__                 _____
UNITED STATES MAGISTRATE JUDGE