# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Marianela LEON ESPINOZA; Mayra MENDEZ; Lorgia BOLAINEZ DIAZ; Yury VASQUEZ PEREZ; Ammy VARGAS BAQUEDANO; Mariela RAMOS,

Petitioners-Plaintiffs,

v.

Polly KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; Todd LYONS, Acting Director of United States Immigration and Customs Enforcement; Kristi NOEM, Secretary of the United States Department of Homeland Security; Pamela BONDI, Attorney General of the United States, acting in their official capacities; Minga WOFFORD, Mesa Verde ICE Processing Center Facility Administrator

Respondents-Defendants.

Case No. 1:25-cv-01101-JLT-EGC (HC)

**ORDER RE STIPULATION TO EXTEND TIME TO FILE EAJA MOTION**

(Doc. 31)

**ORDER**

Pursuant to the parties' stipulation, (Doc. 31), and good cause appearing therefor, it is the ORDER of this Court that:

Petitioner may timely file a motion for attorneys' fees under the Equal Access to Justice Act (EAJA) on or before July 13, 2026.

IT IS SO ORDERED.

Dated: __**July 6, 2026**__          _____
                    UNITED STATES MAGISTRATE JUDGE

1